I must respectfully dissent. I believe the evidence supported the trial court's finding that Harris's residence was in Sylacauga rather than in Ward 1 of Alabaster. I am most persuaded by two pieces of evidence presented at the trial: (1) the fact that Harris claimed a homestead exemption for the Sylacauga residence in Talladega County, and (2) the fact that during voir dire for jury service in Talladega County, Harris did not tell the judge, when asked, that he was a resident of another county. I believe that each of these actions on Harris's part carries a certain public formality that indicates Harris intended to live in Sylacauga and considered himself to be a resident of Talladega County. Courts must be able to use and rely on objective criteria for determining a person's residence. Otherwise, courts have too great a flexibility to determine that status and the results will be unpredictable and will appear arbitrary.
In addition, I believe that the trial court was in a better position than this court to determine where Harris intended to reside. Therefore, I would affirm the trial court's judgment.